IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01398-WYD-CBS

MICHAEL BLAN,

    Plaintiff,

v.

ALLIED INTERSTATE LLC
f/k/a ALLIED INTERSTATE, INC.,

    Defendant.

---

PLAINTIFF'S ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT

---

    Pursuant to the offer of judgment served July 26, 2013 and the acceptance thereof filed August 7, 2013 with proof of service, and in accordance with the Federal Rule of Civil Procedure 68, it is

    ORDERED that judgment is hereby entered for the plaintiff Michael Blan and against the defendant Allied Interstate LLC., in the amount of $250.00, plus reasonable costs and attorneys' fees as recoverable by law and allowed by the Court. It is

    FURTHER ORDERED that post-judgment interest shall accrue at the rate of 0.11 % from the date of entry of judgment.

    DATED at Denver, Colorado this  9th  August, 2013.

                                JEFFREY P. COLWELL, CLERK

                                By:   s/ Edward P. Butler
                                      Edward Butler, Deputy Clerk